# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI L. NELSON,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>               Defendant.<br>_____/ | Case No.  1:15-cv-00696-SKO<br><br>**ORDER STRIKING PLAINTIFF'S OPENING BRIEF FROM THE DOCKET**<br><br>(Doc. 12) |

On October 8, 2015, Plaintiff Sherri L. Nelson inadvertently filed her Opening Brief prior to the exchange of confidential letter briefs.  (Doc. 9.)  On October 19, 2015, Plaintiff requested that her Opening Brief be withdrawn so that the exchange of confidential letter briefs could proceed as set forth in the May 7, 2015, Scheduling Order.  (Doc. 12.)

Accordingly, Plaintiff's Opening Brief is STRICKEN from the docket, and the parties are ORDERED to proceed with the exchange of confidential letter briefs as set forth in the Court's Scheduling order.

IT IS SO ORDERED.

Dated:   **October 20, 2015**                                **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE