1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

SHERRI L. NELSON,

Case No.  1:15-cv-00696-SKO

10

Plaintiff,

**ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME**

11

v.

12

(Doc. 10)

CAROLYN W. COLVIN,

13

Acting Commissioner of Social Security,

14

Defendant.

15

_____/

16

17

   On September 29, 2015, the parties filed a stipulated request that Plaintiff be granted a

18

fourteen day extension of time to file her opening letter brief.  (Doc. 10.)  This is Plaintiff's first

request for an extension of time.

19

   Accordingly, IT IS HEREBY ORDERED that:

20

21

   1. Plaintiff shall file an opening letter brief on or before October 22, 2015; and

22

   2. All other deadlines shall be modified accordingly.

23

IT IS SO ORDERED.

24

Dated:  __**October 20, 2015**__      __**/s/ Sheila K. Oberto**__

UNITED STATES MAGISTRATE JUDGE

25

26

27

28